UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
April 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

| | |
|---|---|
| DONALD RICHARD KARR, JR., § § Plaintiff, § § v. § § JOSEPH R. BIDEN, JR., UNITED § STATES OF AMERICA, § DEPARTMENT OF VETERANS § AFFAIR, DENIS MCDONOGH, § SECRETARY, VETERANS AFFAIR; § VETERANS AFFAIR UNION AFGE § (AFOL-CIO), TRICARE § INSURANCE, DONALD LEE KARR, § DOES 1 THRU 1,500 DOES, § § Defendants. § | NO. SA-24-CV-00344-OLG |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed December 11, 2024, concerning Plaintiff's Petition for Writ of Mandamus. (*See* R&R, Dkt. No. 9.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed via certified mail on December 12, 2024 (*see* Dkt. No. 10) and received on December 26, 2024 (*see* Dkt. No. 11). No objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an

objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 9) and, for the reasons set forth therein, this case is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this _____ day of April, 2025.

_____
ORLANDO L. GARCIA
United States District Judge